IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. JEROME B. SIMANDLE |
| v. | Criminal No. 05-306 (JBS) |
| WAYNE MORUZIN, | **ORDER** |
| Defendant. | |

This matter having come before the Court upon the Government's motion for the involuntary administration of antipsychotic medication to render Defendant competent to stand trial [Docket Item 112]; the Court having considered the submissions in support thereof and in opposition thereto, as well as the evidence and arguments presented at the hearings convened on May 20, 2008, June 2, 2008 June 12, 2008, August 5, 2008, and October 10, 2008; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **30th** day of **October, 2008** hereby

ORDERED that the Government's motion for the involuntary administration of medication shall be and hereby is **DENIED**.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge